JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. O.[1], an Individual,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>KILOLO KIJAKAZI[2], Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 5:21-00393 ADS<br><br><br>JUDGMENT OF REMAND |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.
[2] The Complaint, and thus the docket caption, do not name the current Acting Commissioner. On July 9, 2021, Kijakazi became the Acting Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

1  In accordance with the Memorandum Opinion and Order, Dkt. No. 18, filed
2  concurrently herewith,
3  IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of
4  Social Security is vacated and the matter is remanded to the Commissioner for further
5  proceedings consistent with the Memorandum Opinion and Order of Remand.

7  DATE:   September 21, 2022

         /s/ Autumn D. Spaeth
9        THE HONORABLE AUTUMN D. SPAETH
         United States Magistrate Judge